UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21103-CIV-WILLIAMS

PHARMA FUNDING, LLC,

    Plaintiff,
vs.

FLTX HOLDINGS, LLC, *et al.*

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 37) on Plaintiff's motion for entry of Rule 37 sanctions against Defendants (DE 34). The Report recommends that Plaintiff's motion be **GRANTED**. Defendants filed objections to the Report. (DE 38). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 37) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for sanctions (DE 34) is **GRANTED**. Defendants' Answer to the complaint (DE 9) is **STRICKEN**.

3. By no later than **January 26, 2021**, Plaintiff shall file a motion for final default judgment against Defendants and serve it in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure. The motion shall be accompanied by a proposed default final judgment order setting forth the sum certain owed as money damages and the sum certain sought for attorneys' fees and costs supported by sufficient evidence, through affidavits or otherwise, to establish

the basis for damages and other relief sought in the pleadings. The motion shall also reference specific legal authority establishing Plaintiff's entitlement to the relief sought and demonstrating that service was proper.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of January, 2021.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE