UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21103-CIV-WILLIAMS

PHARMA FUNDING, LLC,

    Plaintiff,
vs.

FLTX HOLDINGS, LLC *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 44) on Plaintiff's motion for final default judgment against Defendants FLTX Holdings, LLC, REEM Pharmacy, Inc., Sheefa Pharmacy Inc., A&K Pharmacy, LLC, (collectively, the "Corporate Defendants"), and Kenneth Tripoli and Jeremy David Klein (collectively, the "Individual Defendants") (DE 42). No objections to the Report were filed and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 44) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for final default judgment (DE 42) is **GRANTED IN PART and DENIED IN PART** as follows:

    a. Plaintiff's motion for final default judgment on counts 1-5 for breach of contract (count I), breach of a promissory note (count II), civil theft (count III), conversion (count IV), and breach of a personal guarantee (count V) are **GRANTED**.

1

 b. Plaintiff's motion for final default judgment on count 6 for constructive trust is **DENIED**.

 c. Plaintiff shall recover **$3,973,110.28** in actual damages, with the Corporate Defendants and Individual Defendants jointly and severally liable. This amount is trebled to **$11,919,330.80** pursuant to the civil theft claim under Florida law. Plaintiff shall recover the difference between the trebled award and actual damages from the Corporate Defendants only.

 d. Plaintiff's motion for prejudgment interest is **GRANTED** on the actual damages amount of **$3,973,110.28** at 10% per annum.

 e. Plaintiff's motion for costs is **GRANTED IN PART**, with a total recovery of **$725**, with the Corporate Defendants and Individual Defendants jointly and severally liable.

 f. Plaintiff's motion for fees is **GRANTED IN PART**, with a total recovery of **$71,304**, with the Corporate Defendants and Individual Defendants jointly and severally liable.

 g. Plaintiff's total monetary judgment of **$11,991,359.80** is subject to pre-judgment and post-judgment interest pursuant to 28 U.S.C. § 1961.

3. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>26th</u> day of March, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE